**C. Murray HENDERSON, Warden, Louisiana State Penitentiary.**

**No. 52323.**

April 6, 1972.

The showing made is insufficient to warrant the exercise of our original or supervisory jurisdiction.

259 So.2d 918

**STATE of Louisiana ex rel. Gloston HEBERT**

**v.**

**C. Murray HENDERSON, Warden, Louisiana State Penitentiary, et al.**

**No. 52337.**

April 6, 1972.

The relator is not entitled to credit for time served on the other convictions. Cf. Robinson v. Wainwright, 387 F.2d 438 (5 Cir., 1967).

259 So.2d 918

**STATE of Louisiana ex rel. Willie DEAL**

**v.**

**C. Murray HENDERSON, Warden, Louisiana State Penitentiary.**

**No. 52338.**

April 6, 1972.

the showing made does not warrant the exercise of our jurisdiction.